(1)

Honorable Judge Brian M. Cogan

Judge Cogan,

   I am writing you this letter in hopes that you will consider not giving me jail time for the crime I have committed.
   I am 59 years old and I have never been arrested or gotten into any trouble with the law. I have lived a very clean and productive life leading up to the bad choices I made which resulted in the charges against me. My dream was to play professional baseball as a child. I made it as far as playing a summer in the Toronto Blue Jay organization. I was very disappointed when I realized that my dream wasn't going to be fullfilled, however, I was grealful for the opportunity to play baseball at that level. Not long after, I got married and had two wonderful children. Even though my marriage didn't work out, I was in my children's lives and played a big part in them becoming productive adults. In 1988, I was introduced to the field of court reporting. I decided I would go to school to learn that trade which I did. In 1990 I became a full-time freelance court stenographer. I really enjoyed working

(2)

with attornets and listening to the different subject matter of the lawsuits. Unfortunately because of these charges against me, I can no longer work as a court stenographer. As you are aware to be court stenographer, you need to be a notary and when I went to renew my notary, I was told you can't be a convicted felon. I was devastated to learn that and wasn't sure what I was going to do. Losing my job after 30 years I feel has been a punishment for my actions. I landed a job with Amazon which I have worked for over a year. It's a tremendous pay cut, but the opportunity for growth within the company is immense.

I just want to take a few minutes to explain the circumstances that lead to my arrest. I was introduced to Thomas Scorcia because I was dating and living with his sister-in-law we had dated for approximately two years. I had always steered clear of Mr. Scorcia's lifestyle or things he chooses to do. In 2018, my daughter got married and as you can imagine, the wedding and everything that goes with it was quite expensive. I contributed a great deal towards her wedding, but I found myself needing more money. My credit wasn't very

(3)

good and I had no one to turn to. I approached ~~with~~ Mr. Scorcia and asked him if he knew anyone that could help me. This wasn't the route I wanted to take, but I exhausted every other possibility. Mr. Scorcia then explained how he can lend me the money and pay him back weekly with interest. It wasn't alot of interest, but he did add it on to the total. I got the money, gave it to my daughter and all was well with her wedding. I was paying Mr. Scorcia weekly and after a while he started asking me to drive him a few places. I resisted at first, but he made it clear that he had done me a tremendous favor and besides paying him back the money, this was a way to thank him. I felt obligated and went along with him. I emphasized that I would simply go along, but not participate in any violence or anything that might take place. I always stated in the car and never got out. I was with him on approximately three occasions. After a while I told him I wasn't comfortable doing this anymore and I stopped accompanying him. He didn't threaten me, but I did feel alot of pressure that if I didn't comply with his

(4)

wishes, there would be conseauences. He did say that when somebody lends you money, you are obligated to do certain favors.

Looking back I should have never borrowed money from Mr. Scorcia or got involved in anything he was a part of, but I was desperate and made a poor decision. I am not or was ever part of organized crime. I got involved with a bad person and that one hundred percent falls into my lap.

I am respectively asking you to please not give me jail time as a form of punishment. I regret my decison to be involved with Mr. Scorcia and Quite frankly, I am embarassed that I have these charges against me.

Thank you for time.

Albert Masterjoseph